IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00489-WJM-KLM

DANIEL B. SWECKER,

    Plaintiff,

v.

MARK GALVAN,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint and Case Caption** [#6][1] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Plaintiff may amend his pleading once as a matter of course "within . . . 21 days after serving it." As an initial matter, this case was filed on February 25, 2014 and there is no evidence on the docket that the Complaint [#1] has been served on Defendant. Further, even if Plaintiff has already served Defendant, Plaintiff has submitted his Amended Complaint and Jury Demand [#7] within the 21-day period because the Motion was filed within 21 days of initiating the lawsuit. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#6] is **GRANTED**. The Clerk of the Court shall accept Plaintiff's Amended Complaint and Jury Demand [#7] for filing as of the date of this Minute Order.

    Dated: March 18, 2014

---

[1] "[#6]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.